Frances Pritchett, Plaintiff-Appellee, v. Indiana Harbor Belt Railroad Co., and Baltimore & Ohio Chicago Terminal Railroad Co., Defendants-Appellants.

Gen. No. 47,462.

First District, Third Division.
December 31, 1958.
Released for publication February 13, 1959.

Marvin A. Jersild, Charles I. Hopkins, Jr., Martin J. Keating, for defendants-appellants; Paul F. Denvir, Cummings & Wyman (Austin L. Wyman, Daniel P. Nagle, Kurt W. Teuthorn, of counsel) for appellee. Opinion by JUSTICE BURKE. Not to be published in full.